IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

v.                          **CRIMINAL NO. 1:20CR77-LG-JCG-1**
                                **CIVIL NO. 1:22CV236-LG**

**MONTRECUS JAWORSKI CAMPBELL**

## CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

     __X__ A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

     ____ A Certificate of Appealability should issue for the following specific issue(s):

**SO ORDERED AND ADJUDGED** this the 14th day of February, 2023.

                                            s/ *Louis Guirola, Jr.*
                                            LOUIS GUIROLA, JR.
                                            UNITED STATES DISTRICT JUDGE